**EXHIBIT 2:** INFRINGEMENT #1
URL: https://www.yourtango.com/news/is-olivia-wilde-pregnant-harry-styles-baby-bump





**EXHIBIT 2:** INFRINGEMENT #2
URL: https://www.facebook.com/YourTango/posts/10158969459847261

