```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :
MICHAEL STEWART,                         :    24cv9938(DLC)
                                         :
                         Plaintiff,      :    ORDER
                                         :
              -v-                        :
                                         :
TANGO PUBLISHING CORPORATION,            :
                                         :
                         Defendant.      :
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

It having been reported to this Court that this case has been settled, it is hereby

ORDERED that the initial pretrial conference scheduled for February 20, 2025 is adjourned sine die.

IT IS FURTHER ORDERED that the above-captioned action is discontinued without costs to any party and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made by **March 13, 2025**. If no such application is made by that date, today's dismissal of the action is with prejudice. See Muze, Inc. v. Digital On Demand, Inc., 356 F.3d 492, 494 n.1 (2d Cir. 2004).

Dated:   New York, New York
         February 11, 2025

                                            _____
                                                  DENISE COTE
                                            United States District Judge